NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILBERT TONY SHEPPARD,        )
                              )
        Appellant,            )
                              )
v.                            )        Case No. 2D18-2841
                              )
STATE OF FLORIDA,             )
                              )
        Appellee.             )
_____ )

Opinion filed July 17, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Vivian T. Corvo,
Judge.

Wilbert Tony Sheppard, pro se.


PER CURIAM.


        Affirmed.


KHOUZAM, C.J., and KELLY and ATKINSON, JJ., Concur.